**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
501 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk                                                                                           513-564-7000

June 25, 2025

Amanda E. Gregory, Esq.
Larry D. Simon, Esq.
Britt M. Cobb, Esq.

Re: Case No. 23-5162, *United States v. Nathaniel Durham*
    Case No. 23-5173, *United States v. Phillip Barnes*

Dear Counsel:

The court requests that the parties file simultaneous supplemental briefs addressing the application of the harmless-error standard to these cases and any interaction among this court's decisions in *United States v. Campbell*, 122 F.4th 624 (6th Cir. 2024), *United States v. Cogdill*, 130 F.4th 523 (6th Cir. 2025), *United States v. Robinson*, 133 F.4th 712 (6th Cir. 2025), and *United States v. Kimbrough*, 138 F.4th 473 (6th Cir. 2025). The briefs shall be filed no later than 5:00 p.m. on Wednesday, July 9, 2025, and shall not exceed 2500 words.

Sincerely,

Kelly L. Stephens