Case No. 23-5162/23-5173

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

NATHANIEL DURHAM {Case No. 23-5162}

    Defendant – Appellant

PHILLIP BARNES {Case No. 23-5173}

    Defendant - Appellant

Upon consideration of the motion to extend time to file supplemental briefs,

It is **ORDERED** that the motion is **GRANTED**. The briefs shall be filed no later than 5:00 p.m. on Wednesday, July 23, 2025, and shall not exceed 2,500 words.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: June 27, 2025